UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PAUL MCCREARY, | CASE NO.: 3:12-CV-00145-LRH-WGC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATED: May 10, 2012 |
| BRIAN SANDOVAL, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE
Deputy Clerk: KATIE LYNN OGDEN      FTR: 2:03:45 p.m. - 2:26:20 p.m.
Counsel for Plaintiff(s): PAUL MCCREARY (via video)
Counsel for Defendant(s): NATHAN L. HASTINGS

PROCEEDINGS: **MOTION HEARING**

2:03 p.m. Court convenes.

    The Court provides the parties with a brief summary of events that has taken place in this matter and prior orders of the court in which Plaintiff has been granted leave to amend his complaint. The Court notes that the AG's Office has filed a motion for leave to file medical records in light of the *Kamakana* standard.

    The Court further addresses Plaintiff's most recent motion entitled "Emergency Motion Under Circuit rule 27-3". Both parties address the court with their respective positions in regards to this motion.

    Having heard from the parties the Court finds that there are procedures in which the Plaintiff may take in effort to remedy his complaints set forth within his emergency motion. Good cause appearing the Court orders as follows:

1. **Defendants' Motion for Leave to File *Medical Records* (Dkt. No. 13)**

   IT IS ORDERED that Defendants' Motion for Leave to File Medical Records is **GRANTED**.

2. **Plaintiff's *Emergency Motion Under Circuit Rule 27-3* (Dkt. No. 9)**

   IT IS ORDERED that Plaintiff's Emergency Motion Under Circuit Rule 27-3 is **DENIED**. Plaintiff shall have leave to amend his complaint. The Amended Complaint is due **June 8, 2012**.

    IT IS SO ORDERED.

2:26 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk