# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL MCCREARY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN SANDOVAL, et al.,<br><br>    Defendants. | Case No. 3:12-CV-00145-LRH-(WGC)<br><br>**ORDER** |

The court of appeals has referred the action back to this court to determine whether the appeal is frivolous (#37).  Good cause appearing;

IT IS HEREBY ORDERED that the appeal is taken in good faith.

Dated:   August 24, 2012

_____
ROBERT C. JONES
Chief United States District Judge